Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for California
Reconveyance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST M. CHAVEZ; MYRNA CHAVEZ<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA RECONVEYANCE COMPANY; WASHINGTON MUTUAL BANK, FA, and DOES I-X; ROES I-X | Case No.   2:10-cv-00325-RLH-LRL<br><br>**ORDER EXPUNGING AND DISCHARGING LIS PENDENS** |

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the Notice of Pendency of Action (Lis Pendens), recorded by Plaintiffs Ernest M. Chavez and Myrna Chavez, on March 10, 2010, as Instrument 20100310-0000609, in the Official Records of the Clark County, Nevada Recorder, regarding the real property located at 5635 Lusitano Street,

\  \  \

\  \  \

\  \  \

1  Las Vegas, Nevada 89130 (APN 125-26-411-019) (a copy of which is attached hereto as Exhibit 1)
2  **is hereby expunged and discharged,** and is of no further force and effect with respect to such
3  property.

### ORDER

**IT IS SO ORDERED** this 1st day of December, 2010

_____
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT 1**

Inst #: 201003100000609
Fees: $16.00
N/C Fee: $0.00
03/10/2010 09:50:44 AM
Receipt #: 264160
Requestor:
JEFFREY CONWAY
Recorded By: CDE   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 125-26-41-019

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Lis Pendins

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Recording Requested By:
Jeffrey Conway

Return Documents To:
Name Jeffrey Conway
Address 2153 Ponticello Dr.
City/State/Zip HD NV 89052

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

JEFFREY D. CONWAY, ESQ.
Nevada Bar No. 4573
ROSENFELD ROBERSON & RINATO
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 386-8637
Facsimile: (702) 385-3025

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST M. CHAVEZ; MYRNA CHAVEZ<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA RECONVEYANCE COMPANY; WASHINGTON MUTUAL BANK, FA and DOES I-X, ROES I-X, Inclusive,<br><br>Defendants. | Case No: 2:10-cv-00325<br><br>**NOTICE OF LIS PENDENS** |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Complaint (designating type or action, i.e., "to foreclosure prevention") has been filed in the above-entitled Court by the Plaintiff against the named Defendant to (i.e., "foreclosure upon the notice of claim of lien filed by Plaintiff for the sum of $500,000.00, together with interest, attorney's fees and costs, for an order of the Court decreeing a lien against the hereinafter described property and ordering the sale thereof to satisfy said lien.").

The said premises affected by this action are situate in the city of Las Vegas, county of Clark, state of Nevada, described as follows:

Lot nineteen (19) in block one (1) of Ponderosa Estates, as shown by map thereof on file in book 124, of plats, page 83 in the office of the County Recorder of Clark County, Nevada.

DATED this 10 day of March, 2010.

ROSENFELD ROBERSON & RINATO

*[signature]*

Jeffrey D. Conway, Esq.
Nevada Bar No. 4573
6725 Via Austi Parkway, Suite 200
Las Vegas, NV 89119
Attorney for Plaintiffs

I hereby attest and certify on 3/10/10 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk